UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANKAJ KUMUDCHANDRA PHADNIS, <br><br> Plaintiff, <br><br> -against- <br><br> DAMIAN WILLIAMS, RATAN TATA, ET AL, <br><br> Defendants. | 22-CV-6500 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the August 22, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 22, 2022
    New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge